UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUIS EDWARD WILLIAMS

VERSUS

GOVERNORS OF THE STATE
OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 12-271-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Docia L. Dalby dated July 19, 2012 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint should be *sua sponte* DISMISSED under 28 U.S.C. § 1915(e) as frivolous, and plaintiff's application to proceed *in forma pauperis* (doc. no. 2) are DISMISSED AS MOOT.

Baton Rouge, Louisiana, this ⎯⎯ day of September, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE